

Timothy Chandlee
425 Chelsea Rd.
Fairless Hills, PA 19030
267-816-5923

Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Reference ID: 69264186
Account Number: ‥‥‥‥‥2448
Original Creditor: Plains Commerce Bank
Current Owner: PYOD LLC
Balance: $7,461.89
Accountholder Name: Timothy K Chandlee

To whom it may concern,

I am writing in regards to your attempt to collect the above referenced debt.

I am not the owner of this debt and I have never had any associations whatsoever with Plains Commerce Bank, PYOD LLC, or any other entity that may be connected to this account.

I have contacted Plains Commerce Bank to inquire about this and they have no records of me ever being a customer or associated with their bank.

Furthermore, several years ago another debt collection agency contacted me regarding this debt and it was determined that the information was inaccurate and that I am not the responsible party for this debt.

This is a huge annoyance and forces me to completely waste my time addressing this inaccurate claim against me. Furthermore it induces huge amounts of emotional distress.

You are hereby notified that I dispute the validity of this debt, that I am not the owner of this debt, and that if you continue to pursue this debt or report any inaccurate information related to this debt on my credit reports I will take legal action against you.

Also note I do not permit you to contact me via telephone to address this manor.

I will be monitoring my credit reports closely to assure my legal rights are not being violated.

Sincerely,

Timothy Chandlee

CERTIFIED MAIL™

7005 1820 0008 2328 8668

7005 1820 0008 2328 8668

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To

Resurgent Capital Services

Street, Apt. No.,
or PO Box No.  PO Box 10497

City, State, ZIP+4  Greensville SC 29603

PS Form 3800, June 2002          See Reverse for Instructions

Postmark
Here

125.
6 PA

Serv

03



**12:02**

🔒 usps.com

Showing:   All

70051820000823288668

**Delivered:**
GREENVILLE, SC 29602 on
March 10, 2020 at 7:06 am

