PO Box 10900
Livonia MI 48151-6090





RESURGENT
Capital Services

| | |
|---|---|
| Account Number: | ********2448 |
| Original Creditor: | Plains Commerce Bank |
| Current Owner: | PYOD LLC |
| Reference ID: | 6926-1186 |
| Balance: | $7,361.89 |
| Accountholder Name: | TIMOTHY K CHANDLEE |

PBWOPO00200100

TIMOTHY CHANDLEE
425 CHELSEA RD
FAIRLESS HILLS, PA 19030-2305

March 31, 2020

Dear TIMOTHY CHANDLEE,

Resurgent Capital Services L.P. manages the above referenced account for PYOD LLC and has initiated a review of the inquiry we recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

### Please read the following important notices as they may affect your rights.

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The law limits how long you can be sued on a debt. Because of the age of your debt, PYOD LLC cannot sue you for it, and PYOD LLC cannot report it to any credit reporting agency.


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday


*Address*
PO Box 10497
Greenville, SC 29603


*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960


*Customer Portal*
Portal.Resurgent.com

PBWOPO00200100                                    11797092 INITIAL-CS

PO Box 510000
Livonia MI 48151-6000





RESURGENT
Capital Services

PBW11B0020SH18

TIMOTHY CHANDLEE
425 CHELSEA RD
FAIRLESS HILLS, PA 19030-2305

Account Number: **************2448
Original Creditor: Plains Commerce Bank
Current Owner:   PYOD LLC
Reference ID:    69264186
Balance:         $7,461.89
Accountholder Name: TIMOTHY K CHANDLEE

March 31, 2020

Dear TIMOTHY CHANDLEE,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The law limits how long you can be sued on a debt. Because of the age of your debt, PYOD LLC cannot sue you for it, and PYOD LLC cannot report it to any credit reporting agency.

    

*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday

*Address*
PO Box 10497
Greenville, SC 29603

*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960

*Customer Portal*
Portal.Resurgent.com



## ACCOUNT SUMMARY REPORT
### 3/31/2020 12:12:26 PM

*This account summary has been prepared by Resurgent Capital Services on behalf of PYOD LLC. It is not a credit card or other account statement from the original creditor.*

| Borrower Information | | Current Account Information | |
|---|---|---|---|
| Name: | TIMOTHY CHANDLEE | Owner: | PYOD LLC |
| Address: | 425 Chelsea Rd | Resurgent Reference #: | 69264186 |
| City: | Fairless Hills | Original Creditor: | Plains Commerce Bank |
| State: | PA | Account Number: | XXXXXXXXXXXX2448 |
| Zip Code: | 19030-2305 | Current Balance Due: | $7461.89 |
| | | Date of Last Payment: | 01/18/2007 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Plains Commerce Bank<br>220 Main Street<br>Hoven, SD 57450 |
| The origination date with original creditor was: | 10/10/2006 |
| The account charge-off date was: | 07/31/2007 |
| The account charge-off amount was: | $3,018.50 |
| The account was acquired on or about: | 08/02/2007 |
| The account balance at time of acquisition: | $3,018.50 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*



Page 1 of 1

PBW11B0020000480000480202N0000