# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| TIMOTHY CHANDLEE <br><br> *Plaintiff(s)* <br><br> v. <br><br> RESURGENT CAPITAL SERVICES L.P. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-3662 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **RESURGENT CAPITAL SERVICES L.P. c/o Corporation Service Company 2595 Interstate Drive, Suite 103 Harrisburg, PA 17110**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBERT P. COCCO
LAW OFFICES OF ROBERT P. COCCO PC
1500 WALNUT ST., STE 900
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/6/20

*s/Vincent J. Alia*

Signature of Clerk or Deputy Clerk

**Kate Barkman, Clerk of Court**
U.S. District Court, Eastern District of PA

Civil Action No. 20-3662

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __RESURGENT CAPITAL SERVICES LP__

was received by me on *(date)* __8/6/20__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Corporation Service Co.__, who is designated by law to accept service of process on behalf of *(name of organization)*
__RESURGENT CAPITAL SERVICES LP__ on *(date)* __8/13/20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __8/18/20__

/s/Robert P. Cocco
*Server's signature*

Robert P. Cocco, Esq
*Printed name and title*

1500 Walnut St., Ste. 900
Phila., PA 19102

*Server's address*

Additional information regarding attempted service, etc:

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Resurgent Capital Serv. L.P.
c/o CSC
2595 Interstate Dr, #103
Harrisburg PA 17110

9590 9402 3706 7335 2997 30

2. Article Number (Transfer from service label)

7019 1640 0001 4667 0392

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
8/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt